## ROBERTS v. FESLER ET AL.

[No. 10,500. Filed October 8, 1920. Rehearing denied December 14, 1920.]

APPEAL.—*Briefs.*—*Appellee's Failure to File.*—*Confession of Error.*—Where appellant shows *prima facie* error, the failure of appellee to file a brief may be treated as a confession of error and the judgment reversed.

From Hamilton Circuit Court; *Ernest E. Cloe,* Judge.

Action between Edwin J. Roberts and Leo K. Fesler and others. From the judgment rendered, the former appeals. *Reversed.*

*Russell R. McFall, Charles W. Smith, Charles Remster, Henry H. Hornbrook, Albert P. Smith, Paul Y. Davis, Cassius M. Gentry* and *Frank S. Campbell,* for appellant.

*Henry Seyfried, Joseph W. Hutchinson* and *Emsley W. Johnson,* for appellee.

McMAHAN, C. J.—Appellant having shown *prima facie* error, the failure of appellee to file a brief, will, under the authority of *Burroughs* v. *Burroughs* (1913),

180 Ind. 380, 103 N. E. 1, be treated as a confession of error.

Judgment is therefore reversed without prejudice, with direction to grant appellant a new trial.